CITY OF NEW ROCHELLE, Respondent, *v.* ALICE S. STEVENS, as Administratrix with the Will Annexed of CHARLES G. BANKS, Deceased, Appellant.

Submitted October 4, 1954; decided October 7, 1954.

*Lyle Evans Mahan* for motion.

*Murray C. Fuerst, Corporation Counsel (Francis S. Claps* of counsel), opposed.

Motion dismissed upon the ground that it is not timely made (see Civ. Prac. Act, § 592, subd. 5, par. [b], cl. [ii]).